IH-32   Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

CHARLES BOWLES,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| PPD, INC., DAVID SIMMONS, JOE BRESS, STEPEHN ENSLEY, MARIA TERESA HILADO, COLIN HILL, JEFFREY B. KINDLER, HUNTER PHILBRICK, ALLEN THORPE, and STEPHEN H. WISE, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

MICHAEL DANIELS,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-04784-KPF |
| PPD, INC., DAVID SIMMONS, JOE BRESS, STEPHEN ENSLEY, MARIA TERESA HILADO, COLIN HILL, JEFFREY B. KINDLER, P. HUNTER PHILBRICK, ALLEN R. THORPE, and STEPHEN H. WISE, | |
| Defendant | |

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open   (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The complaint filed in the Daniels action alleges substantially similar claims for violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 against substantially the same defendants in connection with the same challenged proposed transaction, pursuant to which PPD, Inc. will be acquired by Thermo Fisher Scientific, Inc. and Powder Acquisition Corp.

Signature: /s/ Gina M. Serra          Date: 06/02/2021

Firm: Rigrodsky Law, P.A.