**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES BOWLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-04874-KPF |
| v. | ) |
| | ) |
| PPD, INC., DAVID SIMMONS, JOE BRESS, STEPEHN ENSLEY, MARIA TERESA HILADO, COLIN HILL, JEFFREY B. KINDLER, HUNTER PHILBRICK, ALLEN THORPE, and STEPHEN H. WISE, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 15, 2021            **RIGRODSKY LAW, P.A.**

                    By:   /s/ *Gina M. Serra*
                          Seth D. Rigrodsky
                          Timothy J. MacFall
                          Gina M. Serra
                          Vincent A. Licata
                          825 East Gate Boulevard, Suite 300
                          Garden City, NY 11530
                          Telephone: (516) 683-3516
                          Email: sdr@rl-legal.com
                          Email: tjm@rl-legal.com
                          Email: gms@rl-legal.com
                          Email: vl@rl-legal.com

                          *Attorneys for Plaintiff*